```
┌─────────────────────────────────────────────────────────────────────────────┐
│         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA             │
│              CIVIL DOCKET ENTRIES FOR CASE A04-0172--CV (RRB)               │
│                         "USA V CONOCOPHILLIPS CO"                           │
├─────────────────────────────────────────────────────────────────────────────┤
│            Including terminated parties, excluding terminated counsel       │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 08/12/04
             Closed: 09/16/04

       Jurisdiction: (1) U.S. Plaintiff
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (893) Environmental Matters

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Waived
           Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1          UNITED STATES OF AMERICA         Regina R. Belt
                                                  Environment & Natural Resources
                                                  801 B Street, Suite 504
                                                  Anchorage, AK 99501-3657
                                                  907-271-3456
                                                  FAX 907-271-5827

DEF 1.1          CONOCOPHILLIPS CO                Randal G. Buckendorf
                                                  Conoco Phillips Alaska Inc
                                                  POB 99612
                                                  Anchorage, AK 99519
                                                  907-265-6329
                                                  FAX 907-265-6998

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A04-0172--CV (RRB)
                                     "USA V CONOCOPHILLIPS CO"

                                         For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 08/12/04
           Closed: 09/16/04

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (893) Environmental Matters

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by:


Document #   Filed      Docket text

    1 -  1   08/12/04   Complaint filed.

    2 -  1   08/13/04   PLF 1 Notice of Filing Waiver of Service of Summons.

    3 -  1   08/13/04   PLF 1 Notice of Lodging Stipulation of Settlement and Judgment.

    4 -  1   08/13/04   PLF 1 motion (Request) for Substitution of Local Counsel as Attorney for
                        Service By the Court.

    5 -  1   08/13/04   DEF 1 Attorney Appearance of Randal G. Buckendorf.

    6 -  1   08/23/04   RRB Stipulation of settlement & Judgement.  Within 5 business days of
                        entry of this stip & judg, def shall pay the US a civil penalty of
                        $485,000 as stated.  W/in ten business days the US shall file a notice
                        with the court  that full payment has been made as stated.  The court
                        shall retain jurisdiction through the date that payment is made in
                        accordance with the provisions herein.  Def waived the formal service
                        requirements in Rule 4 of the FRCP.  Except as set forth in para K of
                        this stip & judgment each party shall bear its own costs and atty fees.
                        cc: cnsl, O&J 11732

    4 -  2   09/01/04   RRB Order granting motion (Request) for Substitution of Local Counsel
                        Regin Belt as Attorney for Service (4-1).   ccl cnsl

    7 -  1   09/16/04   PLF 1 Notice of receipt of all monies due under stip of settlement and
                        judgment.
```